**LEUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:23-CV-165-RGJ**

**MARKEL AMERICAN INSURANCE COMPANY**                                    **PLAINTIFF**

**v.**

**LOUISVILLE BOAT RENTAL, LLC,** *et al.*                                **DEFENDANTS**

---

### APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS, LOUISVILLE BOAT RENTAL, LLC AND ROLANDO CAVEDA HERNANDEZ

---

The Plaintiff, Markel American Insurance Company, pursuant to Fed.R.Civ. 55(b)(2), hereby applies for default judgment against both Defendants herein.

In support of this application, Plaintiff states that the Clerk has filed Entries of Default as to Defendants Louisville Boat Rental, LLC and Rolando Caveda Hernandez on October 4, 2023. (Doc. 15 and 16).

Markel now seeks a default judgment against both Defendants for its claim for contract recission and declaratory judgment. Specifically, Markel seeks a judgment that the policy issued to Defendant Louisville Boat Rental, LLC is rescinded under Count I of the Complaint. Further, Markel seeks a declaration that it owes no duty to defend Defendant Louisville Boat Rental, LLC as to any claims made by Defendant Hernandez. Pursuant to Fed.R.Civ. 55(b)(2) only the Court, not the Clerk, may grant such a judgment.

Plaintiff respectfully submits that no further investigation or hearing is required but requests that the Court undertake whatever further actions it deems appropriate under Fed.R.Civ. 55(b)(2) to enter default judgment against both Defendants. A proposed Default Judgment is attached.

                                              Respectfully submitted,

                                              ***/s/ Daniel E. Linneman***
                                              Jeffrey C. Mando, Esq. (#43548)
                                              Daniel E. Linneman, Esq. (#91695)
                                              ADAMS LAW, PLLC
                                              40 West Pike Street
                                              Covington, KY  41011
                                              859.394.6200 |859.392.7200 – Fax
                                              jmando@adamsattorneys.com
                                              dlinneman@adamsattorneys.com

                                              *Attorneys for the Plaintiff, Markel American Insurance Company*

**CERTIFICATE OF SERVICE**

      This is to certify that on this **10th** day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy has been served via U.S. Mail, postage prepaid, upon the following:

LOUISVILLE BOAT RENTAL, LLC
Attn: Que'Sondra Moody
3817 Garfield Ave.
Louisville, KY 40212

ROLANDO CAVEDA HERNANDEZ
3511 River Bluff Rd
Prospect, KY 40059

                                                  */s/ Daniel E. Linneman*
                                                  Daniel E. Linneamn, Esq.