UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MARKEL AMERICAN INSURANCE COMPANY     Plaintiff

v.     Civil Action No. 3:23-cv-000165-RGJ

LOUISVILLE BOAT RENTAL, LLC, AND ROLANDO CAVEDA HERNANDEZ     Defendants

**DEFAULT JUDGMENT**

Pursuant to the Court's Order entered this same date granting Plaintiff's motion for default judgment and Federal Rules of Civil Procedure 55 and 58, it is **ORDERED** and **ADJUDGED** that judgment is entered in Plaintiff's favor against Louisville Boat Rental, LLC and Rolando Caveda Hernandez as follows:

(1) As to the First Cause of Action set forth in the Complaint, judgment is entered in favor of Plaintiff and the Markel Tradesman Policy No. MDR00000349783 issued to Louisville Boat Rental LLC be and is rescinded and is of no further force and effect.

(2) As to the Second Cause of Action set forth in the Complaint, judgment is entered in favor of Plaintiff and it is hereby declared that Plaintiff has no duty to defend or indemnify Defendant Louisville Boat Rental, LLC with respect to any claim made by Defendant Hernandez.

(3) This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(4) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

(5)   The Clerk of Court shall **CLOSE** this case.

Rebecca Grady Jennings, District Judge
United States District Court

December 12, 2023

4